Mark William SCHALL, Respondent,

v.

Sandra Ann SCHALL, Appellant.

No. WD 38289.

Missouri Court of Appeals,
Western District.

Dec. 9, 1986.

Robert J. Seek, Oswald & Seek, Eldon, for appellant.

Connie J. Clark, Osage Beach, for respondent.

Before SHANGLER, P.J., and MANFORD and BERREY, JJ.

### ORDER

PER CURIAM.

Appeal by mother from judgment in dissolution decree from an award of primary physical custody of minor child to father under § 452.375, RSMo Cum.Supp.1984.

Affirmed. Rule 84.16(b)